1

2

3                           UNITED STATES DISTRICT COURT

4                               DISTRICT OF NEVADA

5                                      * * *

6   THE UNITED STATES OF AMERICA FOR THE )
    USE OF BOMBARD MECHANICAL, LLC,      )
7                                        )
                    Plaintiff,           )        2:12-cv-01088-JCM-CWH
8                                        )
    vs.                                  )        **ORDER**
9                                        )
    ALLIANCE MECHANICAL, INC, *et al.*,  )
10                                       )
                    Defendants.          )
11  _____ )

12         This matter is before the Court on the parties' Unopposed Motion to Extend Time (#47),

13  filed August 23, 2013.  The Court has reviewed the motion and, based on the additional

14  information provided, finds there is good cause to enter a stay of discovery so that the parties

15  may continue settlement negotiations.  As agreed between the parties, the stay also applies to the

16  briefing schedule related to the pending motion for summary judgment (#43).  Accordingly,

17         Based on the foregoing and good cause appearing therefore,

18         **IT IS HEREBY ORDERED** that the Unopposed Motion to Extend Time (#47) is

19  **granted in part and denied in part**.  Discovery is stayed in this matter until **Monday,**

20  **December 2, 2013.**

21         **IT IS FURTHER ORDERED** that the parties shall submit a written Joint Status Report

22  outlining the progress toward settlement and the continuing need (if any) for the stay on

23  **Monday, September 30, 2013** and **Tuesday, October 29, 2013**.

24         DATED: August 29, 2013.

25

26                                       _____
                                         **C.W. Hoffman, Jr.**
27                                       **United States Magistrate Judge**

28